Albert L. CHRISTENSEN v. Robert H. HUDSPETH, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 1652.

Circuit Court of Appeals, Tenth Circuit.

Jan. 27, 1938.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellee, at appellant's costs.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Robert H. NOYES, Respondent.

No. 8778.

Circuit Court of Appeals, Ninth Circuit.

Feb. 21, 1938.

James W. Morris, Asst. U. S. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Before WILBUR, DENMAN, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of counsel for petitioner, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly; mandate forthwith.

COMMISSIONER OF INTERNAL REVENUE v. WOBBER BROS., a Corporation.

No. 8785.

Circuit Court of Appeals, Ninth Circuit.

March 7, 1938.

James W. Morris, Asst. Atty. Gen., Dept. of Justice, and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Leon deFremery, of San Francisco, Cal., for respondent.

Before DENMAN, MATHEWS, and HEALY, Circuit Judges.

PER CURIAM.

Upon motion of petitioner, consented to by counsel for petitioner, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and the mandate of this court issue forthwith.